CHAFFEE, Respondent, v. STATE, Appellant. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Carrie E. I. Chaffee, an infant, by Emmond D. Chaffee, her guardian ad litem, against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

CHURCH et al. v. PHELAN. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by John S. Church and others against James J. Phelan. No opinion. Motion to dismiss denied, on payment of $10 costs of motion and $10 costs of term.

In re CITIZENS' WATER SUPPLY CO. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) In the matter of the petition of the Citizens' Water Supply Company of Newtown relative to acquiring title to real estate, etc., at Cook avenue and Toledo avenue, in the borough of Queens, etc.

PER CURIAM. Order confirming the report of the commissioners reversed, with $10 costs and disbursements, for the error at folio 138 in the rejection of evidence of the price paid by the owners for the lots involved in the condemnation proceedings. Proceedings remitted for a new appraisal before new commissioners to be appointed.

CLARK, Respondent, v. NORDONE, Appellant. (Supreme Court, Appellate Division, Second Department. June 24, 1904.) Action by John Clark against Frank Nordone. No opinion. Judgment and order of the City Court of Mt. Vernon affirmed, with costs.

CONGREGATION DORSHE, ETC., Respondent, v. BROWN et al., Appellants. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by the Congregation Dorshe, etc., against Max Brown and others. M. Brown, for appellants. C. Dushkind, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CONNORS v. MONAHAN. (Supreme Court, Appellate Division, Third Department. September 20, 1904.) Action by Annie Connors against Thomas Monahan. No opinion. Motion granted, with $10 costs.

COOK, Appellant, v. STRAITON et al., Respondents. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by William Cook against Christine Straiton and others. C. A. Decker, for appellant. J. J. Baker, for respondents.

PER CURIAM. Judgment affirmed, with costs, on the opinion of the court below. 83 N. Y. Supp. 964.

In re CORBIN et al. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) In the matter of the judicial settlement of the accounts of Hannah M. Corbin, George S. Edgell, and Austin Corbin, Jr., as executors, etc., of Austin Corbin, deceased.

PER CURIAM. Reargument ordered, upon a day for the hearing of enumerated motions, to be agreed upon by counsel, at the next term, upon the following questions: (1) Whether the proof shows any warrant for the payments made on account of the Sunnyside Company beyond the repayment to the Corbin Banking Company of the overdraft paid before Mr. Corbin's death. (2) Whether the proof suffices to establish a contract between Mr. Corbin and Mr. Pratt, enforceable after Mr. Corbin's death, for the purchase of the Long Island Railroad Company's stock. (3) Whether, in view of the fact that Mrs. Corbin's life estate in the Fifth avenue property was restored to her, the taxes and expenses of maintenance were legally chargeable against Mr. Corbin's estate.

CORNELL, Respondent, v. LAWTON, Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Anna Cornell against Newberry D. Lawton.

PER CURIAM. Judgment and order of the County Court of Westchester county affirmed, with costs.

WOODWARD, J., dissents.

In re COUNTY TRUST CO. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) In the matter of the application of the County Trust Company for an order designating it as a deposit bank for funds and moneys paid into court. No opinion. Order granted designating petitioner as a depositary of court moneys.

CRAWFORD, Respondent, v. ACETYLENE GENERATOR MFG. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Action by James R. Crawford against the Acetylene Generator Manufacturing Company and others. C. J. Hardy, for appellants. H. A. Bayne, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DASSORI, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Action by Frederick Dassori against the city of New York. J. P. Murray, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs.

DAVIDSON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Maie Davidson, as administratrix, etc., against the New York Central & Hudson River Railroad Company, as lessee of the Boston & Albany Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

SMITH, J., dissents.

DICKINSON v. EARLE et al. (Supreme Court, Appellate Division, First Department. June 29, 1904.) Action by Charles C. Dickinson against Eugene M. Earle and others. No opinion. Motion denied.